IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REGLAND, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| INTERNET CORPORATION FOR | § | CIVIL ACTION NO. SA-00-CA1260 |
| ASSIGNED NAMES AND NUMBERS | § | |
| A/K/A ICANN AND LOUIS TOUTON, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

FILED
JUN 29 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It is hereby ORDERED that this civil action is hereby DISMISSED WITH PREJUDICE in accordance with Rule 41(a) of the Federal Rules of Civil Procedure.

Signed this 29th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE
H.F. GARCIA

**AGREED ORDER OF DISMISSAL WITH PREJUDICE** - Page 1                                      DL: 1176586v1

AGREED:

JACKSON WALKER L.L.P.
112 E. Pecan Street, Suite 2100
San Antonio, Texas 78205
Telephone: (210) 978-7700
Telecopy:  (210) 978-7790


By: _____
Alan N. Greenspan
Texas State Bar No. 08402975
Cynthia Lopez Beverage
Texas State Bar No. 00787076

**ATTORNEYS FOR PLAINTIFF PIEDMONT TECHNOLOGIES, INC. SUCCESSOR IN INTEREST TO REGLAND, INC.**


JONES, DAY, REAVIS & POGUE
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Telecopy:  (214) 969-5100


By: _____
Thomas R. Jackson
Texas State Bar No. 10496700
Tamara Marinkovic
Texas State Bar No. 00791175

**ATTORNEYS FOR DEFENDANTS INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS A/K/A ICANN AND LOUIS TOUTON, INDIVIDUALLY**